```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  RYAN ARASH REZAEI (CABN 285133)
    Assistant United States Attorney
 5
            450 Golden Gate Avenue, Box 36055
 6          San Francisco, California 94102-3495
            Telephone: (415) 436-7200
 7          FAX: (415) 436-7234
            Ryan.Rezaei@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 19-CR-655-EXE-2 |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| JUAN DIEGO GALLEGOS-MOYA, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against JUAN DIEGO GALLEGOS-MOYA.

DATED: November 2, 2023                         Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                *Thomas A. Colthurst*
                                                THOMAS A. COLTHURST
                                                Chief, Criminal Division

1     Leave is granted to the government to dismiss the indictment against JUAN DIEGO
2 GALLEGOS-MOYA.

5 Date: November 22, 2023

                                               HON. HAYWOOD S. GILLIAM, JR.
                                               United States District Judge